# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY RASON BARRETT,** | ) |
| **Plaintiff,** | ) |
| VS. | ) CIVIL NO. 08-518-PMF |
| **RANDY POLLARD, et al.,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** Defendants' motion for summary judgment (Doc. No. 21) was GRANTED.

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby entered in favor of the defendants, Randy Pollard, Captain, Jefferson County Jail, and in his Individual Capacity; John Hughey, Lt., Jefferson County Jail, and in his Individual Capacity; and Jesse Garcia, Deputy, Jefferson County Jail, and in his Individual Capacity; and against the plaintiff, Larry Rason Barrett.

**DATED: May 18, 2009.**

                                                    **JUSTINE FLANAGAN, ACTING CLERK**

                                                **By:** *s/Karen Metheney*
                                                      **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
**Hon. Philip M. Frazier**
**United States Magistrate Judge**